SEALED
s/ AlexandraSudan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON ANTWAUN JONES,<br>Defendant. | Case No.: '23 MJ4607<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about December 6, 2023, within the Southern District of California, defendant BRANDON ANTWAUN JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Hi-Point 9mm firearm with an obliterated serial number; in violation of Title 18, United States Code, Section 922(g)(1).

ANTHONY COLON
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22 day of December 2023.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On December 6, 2023, at approximately 9:30 p.m., a patrolling San Diego Sherriff's Department Officer was traveling eastbound on 1100 Fletcher Parkway when the Officer's vehicle was sideswiped by a Ford Expedition being driven by Brandon Antwaun JONES. The Officer activated the patrol vehicle's lights and sirens to initiate a traffic stop of the Ford, but the Ford continued eastbound on Fletcher Parkway and did not yield to the Officer's lights and sirens. Instead, JONES continued to drive the Ford eastbound and appeared to have difficulty controlling the vehicle before ultimately stopping the Ford in the parking lot of a Coastal Credit Union after an approximately 25-second pursuit.

As the Officer approached the Ford, JONES was observed frantically moving items around the inside of the vehicle. JONES ultimately complied with the Officer's request to exit the vehicle and was arrested for evading a peace officer and for a hit and run. A search of the Ford incident to arrest revealed a loaded 9mm Hi-Point firearm with an obliterated serial number located within the Ford's center console.

Records checks on JONES revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 12/22/2016 | CASC – Fullerton | HS 11351.5 – Possess Crack for Sale | 4 years prison |
| 9/16/2013 | CASC – Chino | PC 12012(a)(1) – Felon in Possession of Firearm | 16 months prison |
| 4/24/2006 | CASC – San Diego | PC 246.3 – Willful Discharge of Firearm | 16 months |

The Hi-Point firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.